**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANTHONY W. BARTELS                                                                                    PLAINTIFF

v.                                              NO.  3:07CV00143 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                    DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, the Commissioner's motion to dismiss (doc. 6) is hereby denied.

IT IS SO ORDERED this 22nd day of September, 2008.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE