**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANTHONY W. BARTELS                                                                                     PLAINTIFF

v.                                              No. 3:07CV00143 JLH/JWC

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                   DEFENDANT

## ORDER

For the reasons stated in Magistrate Judge Jerry W. Cavaneau's report and recommendations entered on September 5, 2008 (*see* Document #12), the motion for summary judgment of Anthony W. Bartels is GRANTED. The Commissioner is directed to pay to Anthony W. Bartels the sum of $1,106.00.

IT IS SO ORDERED this 28th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE