# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANTHONY W. BARTELS                                                                              PLAINTIFF

v.                                        No. 3:07CV00143 JLH/JWC

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Anthony W. Bartels against the Commissioner of the Social Security Administration in the amount of $1,106.00.

IT IS SO ORDERED this 28th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE