## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANTHONY W. BARTELS                                                                           PLAINTIFF

v.                                        No. 3:07CV00143 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                               DEFENDANT

### ORDER

Without objection, the motion of Anthony W. Bartels to lift the stay is GRANTED. Document #21. The stay entered on November 25, 2008, is hereby lifted.

IT IS SO ORDERED this 29th day of December, 2008.

```
                                        _____
                                        J. LEON HOLMES
                                        UNITED STATES DISTRICT JUDGE
```